

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2020

No. 04-19-00881-CV

**IN RE** Hannah **RYERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On December 20, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than February 3, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on January 16, 2020.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI04186, styled *Kirsten Hartman and Diamond Landeros v. Hannah Ryerson*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.